**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARIANN J-HANNA and NICOLE PYLE, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:22-cv-01384-CFC ) |
| v. | ) **CLASS ACTION** ) |
| US RADIOLOGY SPECIALISTS, INC., | ) ) |
| Defendant. | |

**RULE 41 NOTICE OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Ariann J-Hanna and Nicole Pyle dismiss their claims without prejudice.

Date: October 30, 2023

Respectfully submitted,

**DeLeeuw Law LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw
(DE Bar No. 3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

Nicholas Migliaccio
Jason Rathod
Migliaccio & Rathod LLP
412 H St NE
Washington, DC 20002
(202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com